

1

2

3

4

5

6                  **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,          )

9               Plaintiff,                )
                                             )

10       v.                         )    2:11-CR-166-LRH-(CWH) – 2
                                             )

11    TONYA RUSHING,                 )
                                             )

12              Defendant.            )

13                       **ORDER OF FORFEITURE**

14       This Court finds that on July 10, 2014, defendant TONYA RUSHING pled guilty to Count

15 One of a Twenty-Six-Count Criminal Indictment charging her with Conspiracy in violation of Title 18,

16 United States Code, Sections 371 and 1347. Criminal Indictment, ECF No. 1; Plea Memorandum,

17 ECF No. 51; Change of Plea, ECF No. 5̶9̶.

18       This Court finds defendant TONYA RUSHING agreed to the forfeiture of the in personam

19 criminal forfeiture money judgment of $8,100,000 set forth in the Plea Memorandum and the

20 Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea

21 Memorandum, ECF No. 51; Change of Plea, ECF No. 5̶9̶.

22       This Court finds that TONYA RUSHING shall pay a criminal forfeiture money judgment of

23 $8,100,000 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P.

24 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7) and (b)(1); and Title 21, United

25 States Code, Section 853(p).

26 . . .

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United

2    States recover from TONYA RUSHING a criminal forfeiture money judgment in the amount of

3    $8,100,000 in United States Currency.

4    DATED this 10th day of July, 2014.

5

6

7    _____

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2