

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TONYA RUSHING, ) <br> ) <br> Defendant. ) | 2:11-CR-166-LRH-(CWH) |

**ORDER OF FORFEITURE**

This Court found on July 11, 2014, that TONYA RUSHING shall pay the criminal forfeiture money judgment of $8,100,000 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7) and (b)(1); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 51; Change of Plea, ECF No. 59; Order of Forfeiture, ECF No. 60.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from TONYA RUSHING the criminal forfeiture money judgment in the amount of $8,100,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(7) and (b)(1); and Title 21, United States Code, Section 853(p).

DATED this 4th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE