UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-166-LRH-CWH-2 |
| Plaintiff, | |
| v. | MINUTE ORDER |
| TONYA RUSHING, | DATE: May 20, 2015 |
| Defendant. | |

PRESENT:   THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING        REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is United States of America's Motion to Attach the Order of Forfeiture as to Defendant Tonya Rushing (ECF No. 92) to the Amended Judgment in a Criminal Case (ECF No. 94), good cause appearing,

IT IS ORDERED that the aforementioned motion is hereby granted. The clerk shall amend the amended judgment to attach the Order of Forfeiture (ECF No. 92) accordingly.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/ D. Negrete
           Deputy Clerk