UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-CR-166-LRH-CWH-2 |
| Plaintiff, ) | |
| v. ) | MINUTE ORDER |
| TONYA RUSHING, ) | DATE: May 28, 2015 |
| Defendant. ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

   Before the Court is Government's Motion to Amend/Correct [#98], and Government's Motion to Withdraw [#98] Motion to Amend/Correct [#99], good cause appearing,

   IT IS ORDERED THAT Government's Motion to Withdraw [#98] Motion to Amend/Correct [#99] is granted. Government's Motion to Amend/Correct [#98] is withdrawn.

   IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK

                              By:    /s/ D. Negrete
                                     Deputy Clerk