UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:11-CR-00166-LRH-(CWH) |
| vs. | ) <u>ORDER</u> |
| TONYA RUSHING, | ) |
| Defendant. | ) |

Court Reporter Donna Davidson is requested to prepare and file a transcript of the following:

Defendant's Sentencing Hearing on May 4, 2015.

IT IS HEREBY ORDERED that fees for the transcript designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 23rd day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE